UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Scott Yellin

Case No.: 19-11050 RG
Chapter: 7
Judge: Hon R Gambardella

## NOTICE OF PROPOSED ABANDONMENT

Jeffrey A. Lester, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on March 12, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 209 Mikell Lane, River Vale, NJ    Value about $900,000

Liens on property: Specialized Loan Servicing    Balance about $1,126,700

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Scott B. Yellin
    Debtor

Case No. 19-11050-RG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Feb 15, 2019
                         Form ID: pdf905    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.
```
db             +Scott B. Yellin,    209 Mikell Lane,    River Vale, NJ 07675-6560
517974122      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
517974123      +Attorney General's Office,    Division of Law,    Richard J. Hughes Justice Complex,
                 25 West Market St., PO Box 080,    Trenton, NJ 08625-0080
517974124      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517974127      +Collexx Inc,    59 E Mill Rd,    Long Valley, NJ 07853-6222
517974128      +Craig H. Lyons, Esq.,    Lyons, Doughty & Veldhuis, PC,    136 Gaither Drive, Suite 100,
                 PO Box 1269,    Mount Laurel, NJ 08054-7269
517974129      +Dr. Ari Ben-Yishay, MD,    567 Brook Avenue,    River Vale, NJ 07675-5700
517974130      +Englewood Hospital,    350 Engle Street,    Englewood, NJ 07631-1898
517974131      +Experien,    701 Experian Parkway,    Allen, TX 75013-3715
517974132     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Corporation,     Ford Motor Credit,    Po Box 6275,
                 Dearborn, MI 48121)
517974133      +I C System Inc,    Attn: Bankruptcy,    P.O. Box 64378,    St. Paul, MN 55164-0378
517974136      +McCalla Raymer Leibert Pierce, LLC,    485F US Highway 1 S,    Suite 300,    Iselin, NJ 08830-3072
517974137      +Michael Katz, Esq.,    2580 Sunrise Highway,    Bellmore, NY 11710-3662
517974139      +Nicole E. Yellin,    209 Mikell Lane,    River Vale, NJ 07675-6560
517974140      +Old Hook Medical Associates,    452 Old Hook Road, #200,    Emerson, NJ 07630-1382
517974142      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
517974144       State of New Jersey,    Department of the Treasury,    PO Box 002,    Trenton, NJ 08625-0002
517974143      +State of New Jersey,    Department of the Treasury,    PO Box 193,    Trenton, NJ 08646-0193
517974145      +Trans Union,    PO Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2019 01:10:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2019 01:10:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2019 01:15:56
                 Synchrony Bankc/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517974125      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 16 2019 01:15:53      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517974126      +E-mail/Text: bankruptcy@cavps.com Feb 16 2019 01:11:42      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517974134       E-mail/Text: cio.bncmail@irs.gov Feb 16 2019 01:10:03      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517974138      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2019 01:10:37      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517974141      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2019 01:15:56
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
517976384      +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 01:15:25      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517974146      +E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2019 01:10:42      United States Attorney,
                 970 Broad Street,    5th Floor,    Newark, NJ 07102-2527
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517974135*      Internal Revenue Service,    Special Procedures,    PO Box 744,    Springfield, NJ 07081-0744
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Feb 15, 2019
                                  Form ID: pdf905          Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric R. Perkins    on behalf of Debtor Scott B. Yellin eperkins@becker.legal,
               eperkins@becker.legal;tcolombini@becker.legal
              Jeffrey  Lester    on behalf of Trustee Jeffrey   Lester jlester@bllaw.com,   NJ19@ecfcbis.com
              Jeffrey  Lester    jlester@bllaw.com,   NJ19@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for GSR Mortgage Loan Trust 2006-OA1, Mortgage Pass-Through Certificates, Series 2006-OA1
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```