UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on March 14, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Specialized Loan Servicing LLC as servicer for
Deutsche Bank National Trust Company, as Trustee
for GSR Mortgage Loan Trust 2006-OA1

Case No:   19-11050 RG

Hearing Date: March 12, 2019 at
10:00 A.M.

Judge:  Rosemary Gambardella

In Re:
    Yellin, Scott B.

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

Upon the motion of Specializ

Trust Company, as Trustee for GSR M

**DATED: March 14, 2019**
Bankruptcy Code section 362(a) for

hereinafter set forth, and for cause s

_____

Honorable John K. Sherwood
United States Bankruptcy Court

ORDERED that the automat

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as Lot 59 , Block 301 ,      209 Mikell Lane , Westwood, NJ, 07675**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*